**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

**ANASTASIA V. WOOTTEN,**

***Plaintiff,***

**v.** **CA No. 6:14cv13**

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF MOTOR VEHICLES, ET AL**

***Defendants*.**

## BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY

The Commonwealth of Virginia, Department of Motor Vehicles ("DMV") and the Commonwealth of Virginia ("Commonwealth"), Defendants, submit the following brief:

On January 15, 2015, Defendants propounded Interrogatories to Plaintiff Wootten. Attached as "Exhibit A" are the Interrogatories.

On January 15, 2015, Defendants propounded a Request for Production of Documents to Plaintiff Wootten. Attached, as "Exhibit B" is the Request.

The Interrogatories and the Document Request should have yielded responses and answers within 30 days. Fed. R. Civ. P. 33; Fed. R. Civ. P. 34. No response or answer has been received, and no objections have been submitted to any of the discovery requests.

With respect to both forms of written discovery, Defendants have reminded Plaintiff of the necessity of response, multiple times. On February 18, counsel for Wootten sought a one-week extension. On February 23, 2015, counsel for Plaintiff sought additional time to respond, through February 26, 2015, and both extensions were granted. However, February 26 passed without response, and two more weeks have passed.

Overdue written discovery burdens the Defendants' preparation for trial. The deposition of Plaintiff Wootten has been scheduled for April 7, 2015, by Notice on March 3, 2015, attached as "Exhibit C". Fed. R. Civ. P. 30.

For the discovery responses to be useful at deposition, they should be received by March 17, 2015. No objections would be timely, so the responses should be without any objections asserted.

Given the intransigence of the Plaintiff, the Court should compel by Order both the written discovery responses and the Deposition, as Noticed.

Pursuant to Rule 37, Defendants ask that they be awarded their reasonably attorneys' fees and costs and such further relief as may be just.

Respectfully submitted,

VIRGINIA DEPARTMENT OF MOTOR VEHICLES, ET AL
By Counsel

Mark Herring
Attorney General of Virginia

Rhodes Ritenour
Deputy Attorney General, Civil Division

Ronald G. Regnery
Senior Assistant Attorney General, Trial Section Chief

_______/s/ *Sydney E. Rab*________________
Sydney E. Rab
Sr. Assistant Attorney General
Va. State Bar No. 15105
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109

Fax: (804) 371-2087
srab@oag.state.va.us

Farnaz F. Thompson
Assistant Attorney General
Va. State Bar. No. 75982

Counsel for the Defendant DMV *et al.*

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the 11th day of March 2015, the foregoing Brief in Support of Motion to Compel Discovery was submitted through the CM/ECF platform of the Clerk of Court to be forwarded electronically to:

Melvin E. Williams
VSB No. 43305
1320 Third Street, SW
Roanoke, Virginia 24016
540-266-7800
540-206-3857 (fax)
Mel@melwilliamslaw.com

Cassie Baudean
9962 Brook Road, #654
Glen Allen, Virginia 23059
804-447-0146
804-447-0164 (fax)
cibaudean@baudeanlaw.com

Counsel for the Plaintiff Wootten

_______/s/ *Sydney E. Rab*________________
Sydney E. Rab
Sr. Assistant Attorney General
Va. State Bar No. 15105
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109
Fax: (804) 371-2087
srab@oag.state.va.us
Counsel for DMV, *et al*