**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

**ANASTASIA V. WOOTTEN,**

**Plaintiff,**

**v.** **Civil Action No.: 6:14-cv-00013**

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF MOTOR VEHICLES,** ***et al.***

**Defendants.**

PLEASE TAKE NOTICE, the Defendant Commonwealth of Virginia Department of Motor Vehicles ("DMV"), by counsel, shall take the deposition of

**Anastasia V. Wootten, on Monday, April 6, 2015 @ 10:00 a.m.**

before a Court Reporter, Notary Public or other duly authorized agent, at the Office of the Attorney General, 900 East Main Street, Richmond, Virginia 23219.

The deposition proceeds pursuant to Federal Rules of Civil Procedure, Rule 30 and may be used as permitted by Rule 32, or otherwise, at any hearings in these matters. To the extent that the deponent has not yet responded to discovery interrogatories or discovery requests for documents, the deponent should provide or supplement at the start of the deposition. Any documents necessary for the witness to recall the events outlined in the Complaint should be brought to the deposition as well.

Dates, times and place of this deposition will not be altered without the express written stipulation of both counsel or upon Order of the United States District Court. Failure to attend this deposition shall result in a motion for sanctions under Rule 37.

Respectfully Submitted,

PENGAD-Bayonne, N.J.
COMMONWEALTH'S
EXHIBIT
C

VIRGINIA DEPARTMENT OF MOTOR VEHICLES, ET AL
By Counsel

Mark Herring
Attorney General of Virginia

Rhodes Ritenour
Deputy Attorney General, Civil Division

Ronald G. Regnery
Senior Assistant Attorney General, Employment Law Unit Chief

Sydney E. Rab
Sr. Assistant Attorney General
Va. State Bar No. 15105
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109
Fax: (804) 371-2087
srab@oag.state.va.us

Farnaz Thompson
Assistant Attorney General

Counsel for the Defendant DMV

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 2d day of March 2015, the foregoing Notice of Deposition was delivered by U.S. mail and forwarded electronically to:

Melvin E. Williams

VSB No. 43305
1320 Third Street, SW
Roanoke, Virginia 24016
540-266-7800
540-206-3857 (fax)
Mel@melwilliamslaw.com

Cassie Baudean
9962 Brook Road, #654
Glen Allen, Virginia 23059
804-447-0146
804-447-0164 (fax)
cibaudean@baudeanlaw.com

Counsel for the Plaintiff Wootten

Sydney E. Rab
Sr. Assistant Attorney General
Va. State Bar No. 15105
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109
Fax: (804) 371-2087
srab@oag.state.va.us
Counsel for DMV