**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

**ANASTASIA V. WOOTTEN,**

***Plaintiff*,**

**v.** **CA No. 6:14cv13**

**COMMONWEALTH OF VIRGINIA**
**DEPARTMENT OF MOTOR VEHICLES, ET AL**

***Defendants*.**

**ORDER COMPELLING DISCOVERY**

The Commonwealth of Virginia Department of Motor Vehicles and the Commonwealth of Virginia, Defendants, moved for an Order compelling Plaintiff Anastasia V. Wootten to answer interrogatories, respond to document requests, and appear at a scheduled deposition.

Defendants have shown Plaintiff's complete failure to respond to discovery in a timely fashion. For good cause shown, Plaintiff is now ordered to respond fully and completely, without asserting untimely objections, to the interrogatories dated January 15, 2015 and to the document request dated January 15, 2015 by delivery not later than **March 17, 2015**, to counsel for Defendants.

Plaintiff is further ordered to appear for deposition as scheduled in the Notice of Deposition April 6, 2015 @ 10 a.m.

The matter of expenses, costs and attorney's fees in regards to this motion is reserved.

The Clerk will place this Order on the electronic docket.

Entered: March _, 2015

________________________________
United States Magistrate Judge