IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

ANASTASIA V. WOOTTEN,

                *Plaintiff*,

    v.                            CA No. 6:14cv13

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MOTOR VEHICLES, ET AL

                *Defendants*.

## MOTION *IN LIMINE* : DAMAGES

Richard D. Holcomb ("Holcomb"), Joseph Hill ("Hill"), and Jeannie Thorpe ("Thorpe"), by their counsel the Attorney General of Virginia, move *in limine* to restrict the presentation of damages evidence to the jury at trial of this matter on October 17, 2016 for reasons more fully set forth in their attached Brief.

                                            Respectfully submitted,

                                            RICHARD D. HOLCOMB, ET AL
                                            By Counsel

Mark Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

Rhodes Ritenour
Deputy Attorney General, Civil Division

_____/s/_____
Sydney E. Rab
Sr. Assistant Attorney General
Va. State Bar No. 15105
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109

Fax: (804) 371-2087
srab@oag.state.va.us

Ryan S. Hardy
Assistant Attorney General
900 East Main Street
Richmond, Virginia  23219

Counsel for All DMV Defendants

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 18th day of April 2016, counsel will electronically file the foregoing Motion *in Limine* with the Clerk of Court using the CM/ECF system, which will transmit to the indicated CM/ECF filing users representing the parties.

_____/s/_____
Sydney E. Rab
Sr. Assistant Attorney General
Va. State Bar No. 15105
Counsel for the DMV Defendants
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-1109
Fax: (804) 371-2087
srab@oag.state.va.us

2