IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| ANASTASIA V. WOOTTEN, | ) | |
|     *Plaintiff,* | ) | CASE NO. 6:14-CV-00013 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| COMMONWEALTH OF VIRGINIA, *et al.*, | ) | |
| | ) | By: Norman K. Moon |
|     *Defendants.* | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, Judge Ballou's Report and Recommendation (dkt. 263) is **ADOPTED**, the objections thereto (dkt. 264) are **OVERRULED**, Plaintiff's motion for attorneys' fees (dkt. 242) is **DENIED without prejudice** as to her right to renew the motion within 21 days of the Fourth Circuit's issuance of the mandate to this Court, and Defendants' motion to stay consideration of the fee motion (dkt. 248) is **DENIED**.

The Clerk is requested to send a copy of this Order to the parties.

Entered this __31st__ day of March, 2017.

                                               NORMAN K. MOON
                                               UNITED STATES DISTRICT JUDGE